**Kenneth L. JORDAN, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2009–7055.

United States Court of Appeals, Federal Circuit.

June 3, 2009.

Kenneth L. Jordan, pro se.

ON MOTION

*ORDER*

Upon consideration of Kenneth L. Jordan's motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.